825 A.2d 513

IN THE MATTER OF MICHAEL S. AHL, AN ATTORNEY AT LAW.

June 25, 2003.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MICHAEL S. AHL** of **RIDGEFIELD,** who was admitted to the bar of this State in 1983, and who was suspended from the practice of law for a period of three years effective June 5, 2000, by Order of this Court filed May 11, 2000, be restored to the practice of law, effective immediately.